UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES DUNNE, an individual; EDGARD G. FRANCISCO, an individual; and DOES 1 through 10,<br><br>　　　　　　　　　Defendants. | Case No. _____<br><br>COMPLAINT FOR:<br><br>(1) COPYRIGHT INFRINGEMENT;<br>(2) CONVERSION;<br>(3) WASHINGTON CONSUMER PROTECTION ACT CLAIM; AND<br><br>DEMAND FOR JURY TRIAL |

　　　　Plaintiff Academy of Motion Picture Arts and Sciences (the "Academy"), a California non-profit corporation, brings this action against defendants James Dunne ("Dunne") and Edgard G. Francisco ("Francisco") for injunctive relief and damages resulting from defendants' infringement of the Academy's copyrighted ©"Oscar"® statuette through the sale of an unauthorized, counterfeit copy or, in the alternative, for conversion based on the sale and purported destruction of the Academy's stolen property, and alleges as follows:

**Nature of the Action**

　　　　1.　　This action concerns the sale of an ©"Oscar"® statuette that was either a genuine statuette lost to theft or a very convincing counterfeit. In September 2012, Dunne offered for sale on eBay an ©"Oscar"® statuette described as containing markings, including a serial number, identical to a stolen ©"Oscar"® statuette owned by the Academy (the

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2)
CONVERSION; (3) WASHINGTON CPA CLAIM; AND
DEMAND FOR JURY TRIAL - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127061.0001/5534217.1

1  "Statuette"). That eBay listing was removed before any sale was completed. Upon information and belief, the Academy alleges that Dunne took the listing down fearing that the Academy might learn of it. Dunne then sold the Statuette to Francisco for $25,000. Following his purchase, Francisco claimed the Statuette was counterfeit, demanded a $15,000 refund, and purportedly threw the Statuette out.

2. If the Statuette was a counterfeit, defendants have infringed the Academy's copyright in the ©"Oscar"® statuette by selling and distributing a counterfeit statuette. If the Statuette was authentic, defendants have committed conversion by asserting dominion over the Academy's property and interfering with the Academy's right to possession of its property.

3. Defendants' misconduct was willful and has caused damage to the Academy. The Academy is therefore entitled to injunctive relief to restrain defendants from further infringement of the ©"Oscar"® statuette and other acts of wrongdoing, as well as an award of actual damages for conversion or copyright infringement or, if an infringement occurred, at the Academy's election, statutory damages for willful infringement, together with its costs and attorneys' fees.

### Jurisdiction and Venue

4. This action arises under the copyright laws of the United States, Title 17, <u>United States Code</u>. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). In the alternative, the Court has diversity jurisdiction under 28 U.S.C. § 1332.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions giving rise to the claims herein occurred in this District.

### The Parties

6. Plaintiff Academy of Motion Picture Arts and Sciences is a nonprofit corporation organized under the laws of the State of California, with its principal place of business in Beverly Hills, California.

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 2

127061.0001/5534217.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

7. The Academy is informed and believes, and on that basis alleges, that defendant Dunne is an individual who resides in Snohomish County, Washington.

8. The Academy is informed and believes, and on that basis alleges, that defendant Francisco is an individual who resides in Hillsborough County, Florida.

9. The identities of the various Doe defendants are not currently known, and this Complaint will be further amended to include the names of such individuals or entities when the same is ascertained.

## Factual Background

### The Academy's Copyrighted ©"Oscar"® Statuette

10. The Academy was founded in 1927 by a group of 36 film industry leaders, who numbered among them Cecil B. DeMille, Mary Pickford, Jack Warner and Douglas Fairbanks, for the purpose of advancing the motion picture arts and sciences by promoting cultural, educational and technological achievements. As an incentive for members of the industry to strive toward that goal and as a means of recognizing persons who make outstanding contributions in their respective creative fields, the Academy presents annual "Awards of Merit," known to the public as "Academy Awards" or "Oscars."

11. The Academy has registered the ©"Oscar"® statuette as a work of art with the Copyright Office of the United States of America. A copy of the Certificate of Registration, No. G 38512, is attached as Exhibit A and, by this reference, is incorporated herein as though set forth at length. The Academy has renewed the registration of its copyright in the ©"Oscar"® statuette. A copy of the Certificate of Registration of a Claim for Renewal of Copyright, No. R 443432, is attached as Exhibit B and, by this reference, is incorporated herein as though set forth at length. The Academy's copyright on the ©"Oscar"® statuette is valid and subsisting.

12. Winners of the Academy Award of Merit are given copies of the ©"Oscar"® statuette in recognition of their achievements in motion picture making. The copies of the ©"Oscar"® statuette are given subject to certain restrictions, including prohibitions against the

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127061.0001/5534217.1

sale, transfer, or copying of the statuette. The Academy does not distribute, or offer to distribute, copies of the ©"Oscar"® statuette to the public.

13. When the Academy has commissioned the production of ©"Oscar"® statuettes, such production has always been performed exclusively for the Academy. Manufacturers are not permitted to copy the statuette for delivery to any other person or entity.

### ©"Oscar"® Statuette Numbered 1928 Was Stolen

14. In 1979, the Academy engaged Dodge Trophy & Awards Co. ("Dodge Trophy") to manufacture ©"Oscar"® statuettes to be given to winners of the Academy's annual Awards of Merit. Each ©"Oscar"® statuette was assigned a unique number. At the 1979 Academy Awards, Oscar number 1928 was awarded to Aaron Rochin for his sound work on the film "The Deer Hunter."

15. Oscar number 1928 was returned to the Academy by Mr. Rochin because it was blemished. The Academy replaced Mr. Rochin's ©"Oscar"® statuette with a new one and returned the original to Dodge Trophy for repair. The original 1928 remained at Dodge Trophy until it was stolen from the Dodge Trophy facilities.

### Defendants' Possession of ©"Oscar"® Statuette Numbered 1928

16. In September 2012, Dunne offered for sale on the auction Web site eBay (www.ebay.com) an item described by Dunne as "Rare Pre-1950 Academy of Motion Picture Arts and Sciences OSCAR Statue Award!" He described it as bearing identification number 1928. A true and correct copy of the eBay listing is attached as Exhibit C and, by this reference, is incorporated herein as though set forth at length. The eBay listing was ended prematurely before a sale was completed. The Academy is informed and believes that Dunne ended the auction fearing that the Academy would discover it.

17. Following the cancellation of the eBay auction, Dunne privately sold the Statuette to Francisco for $25,000.

18. Upon learning of the sale, the Academy contacted Dunne and Francisco.

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 4

127061.0001/5534217.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

19.     Dunne has told the Academy that (i) he acquired the Statuette from a moving sale and was told that the Statuette had earlier been found in storage units or, (ii) in the alternative, he received the Statuette from a third-party who had purchased it at an estate sale. Dunne also claimed that he offered, and willingly gave, Francisco a *full* refund on his purchase price of the Statuette upon being told by Francisco that the Statuette was counterfeit. Dunne purportedly did so notwithstanding his contention that before Francisco purchased the Statuette, he had affirmatively stated it might not be authentic and was told by Francisco that he was willing to "take a chance" on the purchase.

20.     Francisco claimed that the Statuette was a counterfeit ©"Oscar"® statuette and, upon realizing this, asked Dunne for a *partial* refund and discarded the Statuette. Francisco has claimed that he did so only after asking (i) an ©"Oscar"® collector to compare ©"Oscar"® No. 1928 with an authentic ©"Oscar"® or, in the alternative, (ii) an appraiser to inspect it.

21.     The notion that an ©"Oscar"® "collector" exists and that Francisco was aware of such a person and able to contact him or her regarding the Statuette is remarkable. Almost all ©"Oscar"® statuettes are subject to a right-of-first-refusal agreement, giving the Academy the right to repurchase any statuette offered for sale for $1 to $10. Since 1950, the Academy has attempted to purchase any ©"Oscar"® statuette not subject to the right-of-first-refusal agreement to the extent they were offered for sale. In some instances, Academy members have purchased them and returned them to the Academy. The Academy has also invoked its first refusal rights with respect to ©"Oscar"® statuettes subject to the right-of-first-refusal that were nevertheless offered for sale. Therefore, the vast majority of ©"Oscar"® statuettes reside with the Academy Award winners, their heirs, or the Academy.

22.     Neither Dunne nor Francisco has been willing to share their written communications between each other with the Academy. They refused to share such communications notwithstanding repeated warnings that such information would be fully discoverable and that the Academy would have no choice but to file suit if they continued to

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 5

127061.0001/5534217.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

withhold it. Francisco has further been unwilling to identify the alleged ©"Oscar"® collector or appraiser upon whose advice he purportedly relied.

### FIRST CAUSE OF ACTION

#### (Copyright Infringement Against Dunne and Does 1-5)

23. The Academy re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 22, above, as though fully set forth herein.

24. The ©"Oscar"® statuette is wholly original, fixed in a tangible means of expression and consists of copyrightable subject matter. The Academy has registered and renewed its claim of copyright in the ©"Oscar"® statuette.

25. The Academy is the exclusive copyright holder in the ©"Oscar"® statuette.

26. At no time has the Academy authorized defendants to distribute any copy of its famous copyrighted statuette.

27. By reason of defendants' infringement, the Academy has sustained, and will continue to sustain, substantial injury, loss and damage to its ownership rights in the copyrighted work.

28. Further, the Academy is entitled to an injunction restraining defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them, from engaging in further such acts of copyright infringement.

29. The Academy is further entitled to recover from defendants the damages it has sustained as a result of defendants' acts of copyright infringement. The Academy is, at present, unable to ascertain the full extent of the monetary damage it has suffered by reason of defendants' acts of copyright infringement, but the Academy is informed and believes, and on that basis alleges, that it has sustained damages and is entitled to recover its damages and statutory damages for willful infringement, together with its costs and reasonable attorneys' fees.

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 6

127061.0001/5534217.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## SECOND CAUSE OF ACTION

### (Conversion Against All Defendants)

30. The Academy re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 29, above, as though fully set forth herein.

31. Following the return of the ©"Oscar"® statuette No. 1928 to the Academy by Aaron Rochin, the Academy held exclusive ownership of the Statuette and the exclusive right to possess the Statuette.

32. Defendants each possessed the Statuette and assumed control and ownership of the Statuette and applied the Statuette to defendants' own use. Defendants used the Statuette by displaying it, offering it for sale, selling it, and/or destroying it.

33. Defendants' conversion of the Academy's property has caused the Academy damages in an amount to be determined at trial, but no less than the market value of the Statuette which is a sum no less than $25,000. The Academy is informed and believes, and thereupon alleges, that if the Statuette's authenticity had been confirmed and that if Dunne could have conveyed clear title, the Statuette's value would have exceeded $75,000.

## THIRD CAUSE OF ACTION

### (Violation of the Washington Consumer Protection Act, RCW 19.86.020 Against Dunne and Does 1-5)

34. The Academy re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 33, above, as though fully set forth herein.

35. Dunne committed an unfair and deceptive act in trade and commerce when he offered the Statuette for sale on Ebay describing it as "Rare Pre-1950 Academy of Motion Picture Arts and Sciences OSCAR Statue Award!" and later sold the Statuette in a private sale for $25,000. The Statuette either was not his lawful property and/or infringed on the Academy's copyright.

36. Dunne's actions have the capacity to materially deceive a substantial portion of the public because he represented to the public that that Statuette was genuine and authorized

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 7

127061.0001/5534217.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

for sale. His actions also violate the U.S. Copyright Act, a statute that has a public interest impact.

37. Dunne's unfair and deceptive act has injured the Academy in its business and property. Dunne's unauthorized sale both devalues genuine OSCAR statuettes and undermines the reputation and goodwill of the Academy. Dunne's act also deprived the Academy of its property and/or intellectual property rights.

38. There is a causal link between Dunne's unfair and deceptive act and the injury the Academy has suffered because Dunne offered the Statuette for sale without the Academy's authorization and with disregard for its reputation and copyright rights. Dunne has been unjustly enriched by the sale of property that does not belong to him and/or infringes the Academy's copyright while at the same time impairing the Academy's ability to control its own goodwill and property.

39. Dunne's unfair and deceptive act has caused the Academy damages in an amount to be determined at trial. The Academy is, at present, unable to ascertain the full extent of the monetary damage it has suffered by reason of Dunne's act, but the Academy is informed and believes, and on that basis alleges, that it has sustained damages and is entitled to recover its damages, together with its costs and reasonable attorneys' fees.

## PRAYER FOR RELIEF

Wherefore, the Academy prays for a judgment in its favor and against defendants as follows:

1. For a permanent injunction enjoining and restraining defendants and all persons acting in concert with them from manufacturing, reproducing, distributing, adapting, displaying, exhibiting, offering for sale, and/or selling an ©"Oscar"® statuette or any statuette confusingly similar to an ©"Oscar"® statuette;

2. For the reasonable value of the converted Statuette in a sum not less than $25,000;

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 8

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127061.0001/5534217.1

1     3.     For actual damages or statutory damages for willful copyright infringement in an amount to be determined at trial;

    4.     For damages for the unfair and deceptive act;

    5.     For pre-and post-judgment interest at the legal rate;

    6.     For the Academy's costs and attorneys' fees incurred herein as allowed by law; and

    7.     For such other and further relief as the Court deems just and proper.

DATED: November 16, 2012

                               LANE POWELL PC

                               By /s/ Tiffany Scott Connors
                                   Tiffany Scott Connors, WSBA No. 41740
                                   Attorneys for Plaintiff Academy of Motion Picture Arts and Science

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 9

127061.0001/5534217.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## **DEMAND FOR A JURY TRIAL**

Plaintiff hereby demands a trial by jury.

DATED: November 16, 2012

                      LANE POWELL PC

                      By /s/Tiffany Scott Connors
                            Tiffany Scott Connors, WSBA No. 41740
                            Attorneys for Plaintiff Academy of Motion Picture Arts and Science

COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; (2) CONVERSION; (3) WASHINGTON CPA CLAIM; AND DEMAND FOR JURY TRIAL - 10

127061.0001/5534217.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# EXHIBIT A
to Complaint of Academy
of Motion Pictures v James Dunne

CLASS G unp. No. 38512

# Copyright Office
## Of the United States of America
### THE LIBRARY OF CONGRESS
### * * * WASHINGTON * * *

## Certificate of Copyright Registration

**This is to certify,** in conformity with section 55 of the Act to Amend and Consolidate the Acts respecting Copyright, approved March 4, 1909, as amended by the Act approved March 2, 1913, that a photograph or other identifying reproduction of the _____

work of art - sculpture

named herein has been deposited in this Office, under the provision of the Act of 1909, and that registration of a claim to copyright for the first term of twenty-eight years has been duly made in the name of

Academy of Motion Picture Arts and Sciences,

1201 Taft Bldg.,

Los Angeles, Calif.

Title: Academy of Motion Picture Arts and Sciences First

Award. (A modernistic "gold knight" ... )

Author of United States. (2 views)

Copy received _____ Sept. 2, 1941

Entry: Class G., unp., No. 38512

[SEAL]

C. L. Bouvé
Register of Copyrights.

**EXHIBIT B**
to Complaint of Academy
of Motion Pictures v James Dunne

Page 3

## Certificate of Registration of a Claim to Renewal Copyright



**FORM R**
REGISTRATION NO.
R 443432
DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America

**1. Renewal Claimant(s), Address(es), and Statement of Claim:**

(a) Name ….Academy of Motion Picture Arts and Sciences………

Address …9038 Melrose Avenue, Los Angeles, California………

Claiming as ………Proprietor of copyright in a work made for hire………

(b) Name ………………………………………………………………………………

Address ………………………………………………………………………………

Claiming as ……………………………………………………………………………

(c) Name ………………………………………………………………………………

Address ………………………………………………………………………………

Claiming as ……………………………………………………………………………

**2. (a) Title:**

…………Academy of Motion Picture Arts and Sciences First Award…………

…A modernistic gold knight mounted on a pedestal – known as OSCAR

(b) Renewable Matter:

………………………………………………………………………………………

(c) Contribution to Periodical or Other Composite Work:

………………………………………………………………………………………
(Title of periodical or composite work)

If a periodical, give: Vol. ………………; No. ………………; Issue ………………; Date ………………

**3. Authors of Renewable Matter:**

……………………Academy of Motion Picture Arts and Sciences…………………

**4. Facts of Original Registration:**

Original registration number: Class ……G……; No. …38512……

If registered as published, give date of publication ………………………………………

If registered as unpublished, give date of registration ……September 2, 1941……

Original copyright claimant ……Academy of Motion Picture Arts and Sciences

EXAMINER
BO

*Complete all applicable spaces on next page*

# EXHIBIT C
to Complaint of Academy
of Motion Pictures v James Dunne

| Daily Deals | eBay Thanks You | | My eBay | Sell | Community | Customer Support | Cart |

**ebay** Browse by category ▾ | | All Categories | Search | Advanced

◂ Back to home page | Listed in category: Entertainment Memorabilia ▸ Movie Memorabilia ▸ Other | Tell us what you think

This listing was ended by the seller because the item is no longer available.

More chances to get what you want | Feedback on our suggestions

2010 Official 83rd Academy Awards Osc...
$13.00
Free shipping
See suggestions

LIFE OF EMILE ZOLA MOVIE POSTER-Paul...
$995.00
See suggestions

(26) "2000-2012" - Official & Rare...
$650.00
Free shipping
See suggestions

SOPHIE'S CHOICE Original 1-Sheet Mov...
$9.99
See suggestions

Academy Awards program Official 84th...
$19.99
See suggestions

**Sponsored links from Shopping.com**

Personalized Friendship Picture and Poem Canvas...
Best Value: $23.95
at Personalization Mall

Our Special Day Personalized Wedding Picture...
Best Value: $23.95
at Personalization Mall

Custom Personalized Photo Canvas Table Top Art
Best Value: $23.95
at Personalization Mall

Art Glass Swirl Award
Best Value: $99.00
at CrystalPlus.com

personalized art plate kit
Best Value: $24.00
at chasing fireflies



### Rare Pre-1950 Academy of Motion Picture Arts And Sciences OSCAR Statue Award!

☺ Like | ♡ Want | ◉ Own

Seller: **tullaberrywine** (9167 ★) 99.8% Positive feedback
Save this seller | See other items

Item condition: --

Ended: Sep 29, 2012 20:23:28 PDT

Starting bid: **US $9.99** [ 0 bids ]

Price: **US $25,000.00**

Add to list ▾

Shipping: $12.77 Economy Shipping | See details
Item location: Stanwood, Wa, United States
Ships to: Worldwide

Delivery: Estimated within 3-9 business days

Payments: **PayPal** | See details

Returns: 14 days money back, buyer pays return shipping | Read details

    



Sell one like this |

**eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

**Description**  **Shipping and payments**    Print | Report item

Item number: 130775323985

Seller assumes all responsibility for this listing.

**Item specifics**

Country of Manufacture: United States

Found by a Friend in Hollywood comes this unbelievably rare and impossible to find EARLY, (definately pre-1950), Oscar award statuette from the Academy of Motion Picture Arts and Sciences! This one was made by Dodge Inc. Trophies. Dodge made the Academy Award statue from 1929, to 1982. This one is undedicated. Since I was not around when this award was made, I am not 100 percent certain about it's total authenticity. I will say that most of the earmarks point to it being the real deal. A movie memorabilia collector offered the previous owner over $4,000.00 for it, but, he turned it down. This Oscar looks to be a gold plated pewter type metal I believe. Total height of 13" tall, with a weight of 6 pounds, 10 ounces. About 1/2" shorter than it's contemporary statue, and almost 2 pounds lighter. The modern Oscar statues have a heavier marble base, while this one has a partially hollow metal base. There are plenty of scuffs, but no repairs or damage can be found. The upper brass plate reads "Academy of Motion Picture Arts And Sciences". The lower tag reads "Manufactured Under World Rights Granted By Academy of Motion Picture Arts & Sciences To Dodge Inc. Trophies-Los Angeles, California". The foot, or place where the Oscar stands is a 5 hole film reel marked "A.M.P.A.S. 1928".

**Questions and answers about this item**
No questions or answers have been posted about this item.

Ask seller a question

**ebay** GET 25% OFF
(up to $30 back as a statement credit) with your eBay MasterCard®
Offer valid through October 31, 2012    APPLY NOW

Back to home page    Return to top

About eBay   Community   Announcements   Security Center   Policies   Site Map   eBay official time   Preview new features   Contact us   Tell us what you think

Copyright © 1995-2012 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.