THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DUNNE, an individual; EDGARD G. FRANCISCO, an individual; and DOES 1 through 10,<br><br>　　　　　　　　　Defendants. | Case No. 2:12-cv-02032-JLR<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

## STIPULATION

The parties to this lawsuit, through their undersigned counsel of record, hereby stipulate and agree that the Court may enter the attached Order of Dismissal of all claims of any type in this case with prejudice and without costs or attorneys fees awarded to any party.

Dated this 31st day of January, 2013.

LANE POWELL PC


By /s/Tiffany Scott Connors
　　Tiffany Scott Connors, WSBA No. 41740
　　Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

STIPULATION FOR ORDER OF
DISMISSAL - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127061.0001/5590328.1

1  DATED this 31st day of January, 2013

2                                                              TURNBULL & BORN, PLLC

3                                                              */s/Tiffany Scott Connors for Brian Born as per*
                                                               By: *e-mail authorization*
4                                                                   Brian Born, WSBA No. 25334
                                                                    Attorney for Defendant Edgard Francisco
5

6  DATED this 31st day of January, 2013

7                                                              PARKER LAW FIRM, PLLC

8                                                              */s/Tiffany Scott Connors for Jeff Parker as per*
                                                               By *e-mail authorization*
9                                                                   Jeff Parker, WSBA No.
                                                                    Attorney Defendant James Dunne
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION FOR ORDER OF
DISMISSAL - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127061.0001/5590328.1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the state of Washington that on February 1st, 2013, I caused to be served a copy of the foregoing Stipulation for Order of Dismissal on the following person(s) in the manner indicated below at the following address(es).

| | |
|---|---|
| Jeff Parker<br>1524 Alaskan Way, Suite 109<br>Seattle, WA 98101<br>206-632-2815<br>Fax – 206-623-7510<br>Email: jeff@parkerlegalgroup.com<br><br>Attorney for James Dunne | ☐ by **CM/ECF**<br>☑ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☑ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Brian Born, WSBA# 25334<br>TURNBULL & BORN, PLLC<br>950 Pacific Avenue, Suite 1050<br>Tacoma, WA 98402<br>Tele: (253) 383 7058<br>Fax: (253) 572-7220<br>Email: bborn@turnbullborn.com<br><br>Attorney for Edgard Francisco | ☐ by **CM/ECF**<br>☑ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☑ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Dated this 1st day of February, 2013.

/s/ Julie Kelly
Julie Kelly

STIPULATION FOR ORDER OF
DISMISSAL - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127061.0001/5590328.1